REBECCA J. BENNETT, Respondent, *v.* CATHARINE M. VONDER BOSCH, Appellant.

*Bennett* v. *Vonder Bosch,* 26 App. Div. 311, appeal dismissed.

(Argued April 18, 1898; decided April 18, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1898, affirming an order of Special Term granting a motion to strike the action from the Special Term calendar on the ground that it is properly triable by jury.

*Theodore H. Silkman* for appellant.

*Robert L. Redfield* for respondent.

Appeal dismissed, with costs, on the argument.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD D. MCLAUGHLIN, Appellant, *v.* FRANK Moss et al., Police Commissioners, Composing the Board of Police Commissioners of the City of New York, Respondents.

*People ex rel. McLaughlin* v. *Moss,* 26 App. Div. 625, appeal dismissed.

(Argued April 19, 1898; decided April 19, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1898, affirming on certiorari the determination of the board of police of the police department of the city of New York dismissing the relator from the police force.

*George H. Bruce* for appellant.

*Theodore Connoly* and *Terence Farley* for respondents.

Appeal dismissed on argument, with costs.

---

THOMAS ADAMS & Co., Limited, Appellant, *v.* NICHOLAS ALBERT et al., Respondents.

(Submitted April 18, 1898; decided April 26, 1898.)

Motion for reargument denied, with ten dollars costs. (See 155 N. Y. 356.)